1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    J. DOUGLAS WILSON (DCBN 412811)
3   Chief, Criminal Division

4   DAMALI A. TAYLOR (CABN 262489)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Email: damali.taylor@usdoj.gov

8
    Attorney for United States of America
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,            )   NO, CR-13-0229  EMC
14                                       )
                                         )   UNITED STATES' MOTION TO DISMISS
15      v.                               )   INDICTMENT AND [PROPOSED] ORDER
                                         )
16   JAQUAIN YOUNG,                      )
                                         )
17          Defendant                    )
                                         )
18   _____ )

19

20

21

22

23

24

25

26

27

28

MOTION TO DISMISS AND [PROPOSED] ORDER

*FILED*

AUG 2 5 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

2  States Attorney for the Northern District of California moves to dismiss the above captioned Indictment

3  without prejudice. The defendant has been charged, together with ten other co-conspirators, in a RICO

4  conspiracy via Second Superseding Indictment in an existing matter before Judge Orrick (CR-13-0764-

5  WHO). The instant charges against the defendant have been included as substantive charges in that

6  Second Superseding Indictment.

7

8  DATED: August 14, 2014                          MELINDA HAAG
                                                    United States Attorney
9

10

11                                                 J. DOUGLAS WILSON
                                                   Criminal Chief, Criminal Division
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO DISMISS AND [PROPOSED] ORDER

1                               **ORDER**

2

3    Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the

4    government to dismiss the Indictment in case number CR-13-0229 without prejudice.

5

6    DATED:

7                              HONORABLE EDWARD M. CHEN
                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO DISMISS AND [PROPOSED] ORDER